IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JERRY HOLLINGSWORTH, JR.,      )
                               )
               Petitioner,     )
                               )
     v.                        )          1:17CR236-1
                               )          1:23CV229
UNITED STATES OF AMERICA,       )
                               )
               Respondent.     )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) (Doc. 44) and, on March 21, 2023, was served on the parties in this action (see Doc. 45). Petitioner timely filed what he styled as "objections" to the Recommendation (Doc. 46), in which he "request[ed] a de novo review" of the Recommendation, as well as that the court afford his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 a "liberal construction." (Id. at 1.) Petitioner, however, did not provide any basis for his objections to the Recommendation. (See id. at 1-2.)

Notwithstanding Petitioner's failure to provide a basis for his objections, the court has appropriately reviewed the Magistrate Judge's Recommendation and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 43) is DENIED. A judgment dismissing this action will be entered contemporaneously with this Order.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

/s/   Thomas D. Schroeder
United States District Judge

April 10, 2023